STATE Of Missouri,
Plaintiff/Respondent,

v.

Darryl COOPER, Defendant/Appellant.

No. ED 98993.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 26, 2013.

Gwenda Robinson, St. Louis, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, JR.

### ORDER

PER CURIAM.

Darryl Cooper appeals from the judgment entered upon a jury's verdict convicting him of one count of burglary in the first degree, section 569.160, RSMo (2000). He contends the trial court erred: (1) in denying his motion for judgment of acquit-

P.2013, unless otherwise indicated.

tal because the evidence was insufficient to support his conviction, and (2) in overruling his objection to testimony offered by a lay witness because it was speculative, and therefore inadmissible. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).